THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES COSOLINO, Appellant. — Judgment of conviction of the Court of Special Sessions reversed and a new trial ordered, upon the ground that the vial produced in court had not been sufficiently identified and connected with defendant; that, therefore, the evidence failed to establish the defendant's guilt beyond a reasonable doubt. Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred.

ROBINSON AMUSEMENT COMPANY, Respondent, v. BRIGHTON BEACH CASINO, Appellant.—Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

JOHN R. SANFORD, Appellant, v. LAVINIA S. LE BARON, Respondent, and Others, Defendants.— Interlocutory judgment of the County Court of Kings county affirmed, with costs. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

WILLIAM J. SMITH, Respondent, v. BROOKLYN, QUEENS COUNTY AND SUBURBAN RAILROAD COMPANY, Appellant, and POST & McCORD, INC., Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.

MARGARET M. SMITH, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order reversed and complaint dismissed, with costs, on the ground that the evidence is not sufficient to warrant submission of the case to the jury. (*Beltz* v. *City of Yonkers*, 148 N. Y. 67.) Jenks, P. J., Stapleton and Putnam, JJ., concurred; Thomas, J., dissented.

JOHN C. SNYDER, Respondent, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present— Jenks, P. J., Thomas, Stapleton and Putnam, JJ.

ARTEMAS WARD, Appellant, v. ALFRED P. GARDINER, Respondent. (Action No. 1.) — Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Stapleton and Putnam, JJ., concurred; Carr, J., not voting.

ARTEMAS WARD, Appellant, v. ALFRED P. GARDINER, Respondent. (Action No. 2.) — Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Stapleton and Putnam, JJ., concurred; Carr, J., not voting.

THE HAMMERSTEIN AMUSEMENT COMPANY, Respondent, v. A. PAUL KEITH, as Executor, etc., and Others, Appellants, Impleaded with Others, Defendants.— In view of the questions of fact now raised by affidavits, we think the litigation is not in position for certification to the Court of Appeals. Motions for reargument and for leave to appeal to the Court of Appeals denied, and stay vacated, without costs. Present — Jenks, P. J., Thomas, Stapleton and Putnam, JJ.

HENRY ARNOW, Respondent, v. CARMEL REALTY COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Thomas, Stapleton, Mills, Rich and Putnam, JJ., concurred.

JOSEPH FARRELL, Respondent, v. ALBERT SCHWARTZ, Appellant, and MADELON LE COMPTE, Respondent.— Judgment and orders of the County Court of Queens county affirmed, with costs. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.